**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| MACROSOLVE, INC., | § | |
| | § | 6:11cv686 |
| Plaintiff, | § | CONSOLIDATED WITH |
| | § | |
| v. | § | NO. 6:11cv287 MHS-JDL |
| | § | |
| ANTENNA SOFTWARE, INC., et al, | § | PATENT CASE |
| | § | |
| Defendant. | § | |

# ORDER

In light of the settlement agreement between Plaintiff MacroSolve, Inc. ("MacroSolve") and Defendant Avis Rent A Car System, LLC ("Avis") and the parties' joint motion to dismiss Avis, it is hereby **ORDERED** that the joint motion to dismiss (Doc. No. 389) is GRANTED and that all claims and counterclaims made by MacroSolve and Avis against each other in this action are dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

**It is SO ORDERED.**

**SIGNED this 6th day of February, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE